No. A–1071. KNAPP v. ARIZONA. Application for stay of execution of sentence of death entered by the Superior Court of Arizona, in and for the County of Maricopa, on Jan. 6, 1975, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted pending timely filing and disposition of a petition for writ of certiorari.

No. A–1081 (76–6965). JORDAN v. ARIZONA. Sup. Ct. Ariz. Application for stay of execution of sentence of death entered by the Superior Court of Arizona, in and for the County of Maricopa, on Mar. 13, 1975, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, granted pending disposition of the case in this Court.

No. D–75. IN RE DISBARMENT OF PLENTY. Disbarment entered. [For earlier order, see 429 U. S. 937.]

No. D–98. IN RE DISBARMENT OF RENSHAW. Disbarment entered. [For earlier order, see 430 U. S. 927.]

No. D–113. IN RE DISBARMENT OF LIBRACH. It is ordered that Burton A. Librach of Clayton, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 76–6707. CROWLEY v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT;
No. 76–6726. WILLIAMS v. PHILLIPS, CHIEF JUDGE, U. S. COURT OF APPEALS, ET AL.; and
No. 76–6754. CLARK v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS. Motions for leave to file petitions for writs of mandamus denied.

No. 76–1662. UNITED STATES v. BOARD OF COMMISSIONERS OF SHEFFIELD ET AL. Appeal from D. C. N. D. Ala. Probable jurisdiction noted.